1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ERNESTO SOTO-GONZALEZ
6

7                 IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,       ) No. 11-167-GEB
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER VACATING
13      v.                         ) DATE, CONTINUING CASE, AND
                                   ) EXCLUDING TIME
14 MANUEL LOPEZ-CAMACHO            )
   ERNESTO SOTO-GONZALEZ,          )
15 ,                               ) Date:  Oct. 14, 2011
                Defendants.        ) Time:  9:30 a.m.
16                                 ) Judge: Honorable Judge Burrell
   _____
17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

19 DANIEL MCCONKIE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel

20 for Defendant ERNESTO SOTO-GONZALEZ; Attorney MATT SCOBLE for MANUEL LOPEZ-

21 CAMACHO; that the status conference scheduled for August 26, 2011, be vacated

22 and the matter be continued to this Court's criminal calendar on October 14,

23 2011, at 9:00 a.m, for further status.

24      This continuance is requested by the defense in order to permit

25 further client consultation concerning a possible plea agreement and

26 further negotiations with the prosecution.  The defense is also engaged

27 in ongoing investigation.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 14, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: August 25, 2011  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
ERNESTO SOTO GONZALEZ

Dated: August 25, 2011  /S/ Matt Scoble
MATT SCOBLE
Attorney for Defendant
MANUEL LOPEZ CAMACHO

Dated: August 25, 2011  /S/ Daniel McConkie
DANIEL MCCONKIE
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  September 1, 2011

GARLAND E. BURRELL, JR.
United States District Judge