```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corp.
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    ERNESTO SOTO-GONZALEZ
 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,       )  No. 11-167-GEB
                                    )
12              Plaintiff,          )
                                    )  STIPULATION AND ORDER VACATING
13      v.                          )  DATE, CONTINUING CASE, AND
                                    )  EXCLUDING TIME
14  MANUEL LOPEZ-CAMACHO            )
    ERNESTO SOTO-GONZALEZ,          )
15                                  )  Date:  March 23, 2012
                Defendants.         )  Time:  9:00 a.m.
16                                  )  Judge: Honorable Judge Burrell
    _____
17
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney DANIEL MCCONKIE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ERNESTO SOTO-GONZALEZ; Attorney MATT SCOBLE for MANUEL LOPEZ-CAMACHO; that the status conference scheduled for February 10, 2012, be vacated and the matter be continued to this Court's criminal calendar on March 23, 2012, at 9:00 a.m, for further status.

This continuance is requested by the defense in order to permit further client consultation concerning a possible plea agreement and further negotiations with the prosecution. The defense is also engaged in ongoing investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 23, 2012, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: Feb. 8, 2012  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
ERNESTO SOTO GONZALEZ

Dated: Feb. 8, 2012  /S/ Matt Scoble
MATT SCOBLE
Attorney for Defendant
MANUEL LOPEZ CAMACHO

Dated: Feb. 8, 2012  /S/ Daniel McConkie
DANIEL MCCONKIE
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED**.

Dated: February 8, 2012

GARLAND E. BURRELL, JR.
United States District Judge