1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone (916) 498-5700

5 Attorney for Defendant
MANUEL LOPEZ-CAMACHO

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )
                                )   Cr.S. 11-0167-GEB
             Plaintiff,         )
13                              )   **STIPULATION AND [PROPOSED]**
       v.                       )   **ORDER**
14                              )
MANUEL LOPEZ-CAMACHO, et        )   DATE:  April 20, 2012
15 al.,                         )   TIME:  9:00 a.m.
                                )   JUDGE: Hon. Garland E. Burrell Jr.
16           Defendant.         )
                                )
17 _____

18

19     It is hereby stipulated and agreed to between the United States of

20 America through DANIEL McCONKIE, Assistant U.S. Attorney, and

21 defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M.

22 SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and

23 through his counsel, DINA SANTOS, that the status conference set for

24 Friday, March 23, 2012, be continued to Friday, April 20, 2012, at 9:00

25 a.m..

26     The reason for this continuance is to allow defense counsel

27 additional time to review discovery with the defendant, to examine

28 possible defenses and to continue investigating the facts of the case.

1     It is further stipulated that the time period from the date of this

2  stipulation, March 20, 2012, through and including the date of the new

3  status conference hearing, April 20, 2012, shall be excluded from

4  computation of time within which the trial of this matter must be

5  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161

6  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to

7  prepare].

8  DATED: March 20, 2012                    Respectfully submitted,

9                                           DANIEL J. BRODERICK
                                            Federal Defender
10
                                            /s/ Matthew M. Scoble
11                                          MATTHEW M. SCOBLE
                                            Assistant Federal Defender
12                                          Attorney for Defendant
                                            MANUEL LOPEZ-CAMACHO
13

14                                          /s/ Matthew M. Scoble for
                                            DINA SANTOS, Attorney for
15                                          ERNESTO SOTO-GONZALEZ

16 DATED: March 20, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney
17
                                            /s/ Matthew M. Scoble
18                                          DANIEL McCONKIE
                                            Assistant U.S. Attorney
19                                          Attorney for Plaintiff

20                            **O R D E R**

21    **IT IS SO ORDERED**.  Time is excluded from today's date through and

22 including April 20, 2012, in the interests of justice pursuant to 18

23 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code

24 T4.

25 Dated:  March 20, 2012

26

27                          _____
                            GARLAND E. BURRELL, JR.
28                          United States District Judge

                                      **2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28