1    JOSEPH SCHLESINGER, Bar #87692
     Acting Federal Defender
2    MATTHEW M. SCOBLE, Bar# 237432
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    Telephone (916) 498-5700

5    Attorney for Defendant
     MANUEL LOPEZ-CAMACHO
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,    )
                                   )    Cr.S. 11-0167-GEB
13                 Plaintiff,      )
                                   )    **STIPULATION AND [PROPOSED]**
14            v.                   )    **ORDER**
                                   )
15   MANUEL LOPEZ-CAMACHO, et      )    DATE:  April 26, 2013
     al.,                          )    TIME:  9:00 a.m.
16                                 )    JUDGE: Hon. Garland E. Burrell Jr.
                   Defendant.      )
17                                 )
     _____

18

19        It is hereby stipulated and agreed to between the United States of

20   America through DANIEL McCONKIE, Assistant U.S. Attorney, and

21   defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M.

22   SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and

23   through his counsel, DINA SANTOS, that the status conference set for

24   Friday, March 8, 2013, be continued to Friday, April 26, 2012, at 9:00

25   a.m..

26        The reason for this continuance is to allow defense counsel

27   additional time to review discovery with the defendant, to examine

28   possible defenses and to continue investigating the facts of the case.

1   It is further stipulated that the time period from the date of this

2   stipulation, March 7, 2013, through and including the date of the new

3   status conference hearing, April 26, 2013, shall be excluded from

4   computation of time within which the trial of this matter must be

5   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161

6   (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense

7   counsel to prepare].

8   DATED: March 7, 2013            Respectfully submitted,

9                                   JOSEPH SCHLESINGER
                                    Acting Federal Defender
10
                                    /s/ Matthew M. Scoble
11                                  MATTHEW M. SCOBLE
                                    Assistant Federal Defender
12                                  Attorney for Defendant
                                    MANUEL LOPEZ-CAMACHO
13

14                                  /s/ Matthew M. Scoble for
                                    DINA SANTOS, Attorney for
15                                  ERNESTO SOTO-GONZALEZ

16  DATED: March 7, 2013            BENJAMIN B. WAGNER
                                    United States Attorney
17
                                    /s/ Matthew M. Scoble
18                                  DANIEL McCONKIE
                                    Assistant U.S. Attorney
19                                  Attorney for Plaintiff

20
                              **O R D E R**
21
        **IT IS SO ORDERED.**  Time is excluded from today's date through and
22
    including April 26, 2013, in the interests of justice pursuant to 18
23
    U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and
24
    Local Code T4.
25

26
    DATED: 3/8/13
27                                  GARLAND E. BURRELL JR.
                                    United States District Judge
28

2