JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL LOPEZ-CAMACHO, et al.,<br><br>　　　　Defendant. | CR. S-11-0167-TLN<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 11, 2013<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

　　It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Thursday, May 9, 2013, be continued to Thursday, July 11, 2013, at 9:30 a.m..

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

```
 1    It is further stipulated that the time period from the date of this
 2  stipulation, May 3, 2013, through and including the date of the new
 3  status conference hearing, July 11, 2013, shall be excluded from
 4  computation of time within which the trial of this matter must be
 5  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
 6  (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense
 7  counsel to prepare].
 8  DATED: May 3, 2013                  Respectfully submitted,
 9                                      JOSEPH SCHLESINGER
                                        Acting Federal Defender
10
                                        /s/ Matthew M. Scoble
11                                      MATTHEW M. SCOBLE
                                        Assistant Federal Defender
12                                      Attorney for Defendant
                                        MANUEL LOPEZ-CAMACHO
13

14                                      /s/ Matthew M. Scoble for
                                        DINA SANTOS, Attorney for
15                                      ERNESTO SOTO-GONZALEZ

16  DATED: May 3, 2013                  BENJAMIN B. WAGNER
                                        United States Attorney
17
                                        /s/ Matthew M. Scoble
18                                      DANIEL McCONKIE
                                        Assistant U.S. Attorney
19                                      Attorney for Plaintiff
```

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 11,2013, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 8, 2013

_____
Troy L. Nunley
United States District Judge