HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-11-0167-TLN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | DATE: August 22, 2013 |
| MANUEL LOPEZ-CAMACHO, et al., | TIME: 9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Thursday, July 11, 2013, be continued to Thursday, August 22, 2013, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, July 3, 2013, through and including the date of the new status conference hearing, August 22, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: July 3, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　/s/ Matthew M. Scoble
　　　　　　　　　　　　　　　　　　　MATTHEW M. SCOBLE
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　MANUEL LOPEZ-CAMACHO


　　　　　　　　　　　　　　　　　　　/s/ Matthew M. Scoble for
　　　　　　　　　　　　　　　　　　　DINA SANTOS, Attorney for
　　　　　　　　　　　　　　　　　　　ERNESTO SOTO-GONZALEZ

DATED: July 3, 2013　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Matthew M. Scoble
　　　　　　　　　　　　　　　　　　　DANIEL McCONKIE
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 22, 2013, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 5, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge