1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-11-0167 TLN |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: August 29, 2013 |
| MANUEL LOPEZ-CAMACHO, et al., ) | TIME: 9:30 a.m. |
| Defendant. ) | JUDGE: Hon. Troy L. Nunley |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Thursday, August 22, 2013, be continued to Thursday, August 29, 2013, at 9:30 a.m.

The reason for the continuance is due to the Court's unavailability on August 22, 2013.

It is further stipulated that the time period from the date of this stipulation, August 2, 2013, through and including the date of the new status conference hearing, August 29, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

| | | |
|---|---|---|
| 1 | DATED: August 2, 2013 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Matthew M. Scoble<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>MANUEL LOPEZ-CAMACHO |
| 6 | | |
| 7 | | /s/ Matthew M. Scoble for<br>DINA SANTOS, Attorney for |
| 8 | | ERNESTO SOTO-GONZALEZ |
| 9 | DATED: August 2, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 10 | | |
| 11 | | /s/ Matthew M. Scoble<br>DANIEL McCONKIE<br>Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from August 2, 2013 through and including August 29, 2013, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: August 6, 2013

_____
Troy L. Nunley
United States District Judge