HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-167-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| | ) |
| MANUEL LOPEZ-CAMACHO, et al., | ) Date: October 10, 2013 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) |

It is hereby stipulated and agreed to between the United States of America through

MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO,

by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and

ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status

conference set for Thursday, September 26, 2013, be continued to Thursday, October 10, 2013,

at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review

discovery with the defendant, to examine possible defenses and to continue investigating the

facts of the case.

It is further stipulated that the time period from the date of this stipulation, September 24,

2013, through and including the date of the new status conference hearing, October 10, 2013,

shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: September 24, 2013

                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Matthew M. Scoble*
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              MANUEL LOPEZ-CAMACHO

                              */s/ Matthew M. Scoble for*
                              DINA SANTOS, Attorney for
                              ERNESTO SOTO-GONZALEZ

DATED: September 24, 2013         BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Matthew M. Scoble*
                              MICHAEL D. McCOY
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED. Time is excluded from September 24, 2013 through and including October 10, 2013, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 25, 2013

                              Troy L. Nunley
                              United States District Judge