HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-167 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| MANUEL LOPEZ-CAMACHO, et al., | ) Date: October 10, 2013 ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Thursday, October 10, 2013, be continued to Thursday, October 1, 2013, at 9:30 a.m.

The reason for this continuance is because counsel for Mr. Lopez-Camacho will be engaged in a jury trial the week of October 7, 2013, and so unavailable for the scheduled status conference.

It is further stipulated that the time period from the date of this stipulation, October 3, 2013, through and including the date of the new status conference hearing, October 17, 2013, shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: October 3, 2013

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Matthew M. Scoble*
                                            MATTHEW M. SCOBLE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MANUEL LOPEZ-CAMACHO

                                            */s/ Matthew M. Scoble for*
                                            DINA SANTOS, Attorney for
                                            ERNESTO SOTO-GONZALEZ

DATED: October 3, 2013              BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Matthew M. Scoble*
                                            MICHAEL D. McCOY
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 3, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, October 10, 2013, be vacated and that a status conference be set for Thursday, October 17, 2013, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 3, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during

1 | the time period of October 3, 2013, through and including October 17, 2013, pursuant to 18
2 | U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.
3 | Dated: October 7, 2013

_____
Troy L. Nunley
United States District Judge