BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-167-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MANUEL LOPEZ-CAMACHO, ERNESTO ALONSO SOTO-GONZALEZ, | DATE: October 31, 2013 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 17, 2013.

2. By this stipulation, defendants now move to continue the status conference until October 31, 2013, and to exclude time between October 17, 2013, and October 31, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Although all of the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying, there are additional investigative matters that both the government and counsel for the defendants need additional time to follow-up on and/or review.

b) The defense counsel will need additional time to review the information acquired through this follow-up investigation with their clients, examine possible defenses in light of this

information, discuss potential resolutions, and/or otherwise prepare for trial.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2013 to October 31, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 15, 2013                          BENJAMIN B. WAGNER
                                                    United States Attorney

                                                      /s/ MICHAEL D. McCOY
                                                      MICHAEL D. McCOY
                                                      Assistant United States Attorney

Dated: October 15, 2013                          /s/ MATTHEW M. SCOBLE
                                                    MATTHEW M. SCOBLE
                                                      Counsel for Defendant Manuel Lopez-Camacho

Dated: October 15, 2013

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant Ernesto Soto-Gonzalez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of October, 2013

_____
Troy L. Nunley
United States District Judge