BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-167-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MANUEL LOPEZ-CAMACGO, ERNESTO ALONSO SOTO-GONZALEZ, | DATE: December 12, 2013 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on November 21, 2013.

2. By this stipulation, the government now moves to continue the status conference to December 12, 2013, and to exclude time between November 21, 2013, and December 12, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government is conducting additional investigation, the outcome of which may result in a more favorable outcome for the defendants in this matter. The government needs additional time to conduct this follow-up investigation and review and consider its results.

   b) The defense counsel will also need additional time to review the information acquired through this follow-up investigation with their clients, examine possible defenses in

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

light of this information, discuss potential resolutions, and/or otherwise prepare for trial.

        c)      Counsel for defendants agree that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      Counsel for defendants do not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to December 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 19, 2013                  BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ MICHAEL D. McCOY
                                              MICHAEL D. McCOY
                                              Assistant United States Attorney

Dated: November 19, 2013                  /s/ MATTHEW M. SCOBLE
                                              MATTHEW M. SCOBLE
                                              Counsel for Defendant Manuel Lopez-Camacho

Dated: November 19, 2013          /s/ DINA SANTOS
                                  DINA SANTOS
                                  Counsel for Defendant Ernesto Soto-Gonzalez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2013

_____
Troy L. Nunley
United States District Judge