HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-167 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING<br>) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| MANUEL LOPEZ-CAMACHO, et al., | ) Date: December 19, 2013 |
| Defendant. | ) Time: 9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Thursday, December 12, 2013, be continued to Thursday, December 19, 2013, at 9:30 a.m.

The reasons for this continuance are because there are additional investigative matters that both the government and defense counsel need additional time to review and defense counsel needs additional time to examine possible defenses in light of additional information acquired through follow-up investigation.

It is further stipulated that the time period from the date of this stipulation, December 9, 2013, through and including the date of the new status conference hearing, December 19, 2013,

shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: December 9, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
MANUEL LOPEZ-CAMACHO

*/s/ Matthew M. Scoble for*
DINA SANTOS, Attorney for
ERNESTO SOTO-GONZALEZ

DATED: December 9, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew M. Scoble*
MICHAEL D. McCOY
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on December 9, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, December 12, 2013, be vacated and that a status conference be set for Thursday, December 19, 2013, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 9, 2013 stipulation, the time

within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of December 9, 2013, through and including December 19, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: December 9, 2013

                                        Troy L. Nunley
                                        United States District Judge